**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| IN RE:<br><br>CHRISTOPHER F. HUFF,<br><br>　　　　　Debtor(s). | In Proceedings<br>under Chapter 13<br><br>Bk. No.: 23-30294 |

### TRUSTEE'S OBJECTION TO DEBTOR'S MOTION TO REINSTATE CASE

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and files this Objection to Debtor's Motion to Reinstate Case. In support thereof, the Trustee states as follows:

1. Debtor filed for relief under chapter 13 on May 1, 2023.

2. The case was dismissed on May 24, 2023 for Debtor's failure to file a Certificate of credit counseling by the extended due date of May 23, 2023. Debtor's Motion states that the credit counseling course was taken by Debtor prior to the petition date, but the certificate for an unrelated debtor was filed at the onset of this case. The Motion indicated that the correct certificate of credit counseling was filed concurrently with the Motion, but that document actually was not filed until June 1, 2023, well beyond the deadlines imposed by the Court and by FRBP Rule 1007(c) for filing of the Certificate.

3. Additionally, this case was filed as a skeleton case, with Debtor's schedules and plan initially due on May 15, 2023; that deadline was extended by the Court upon Debtor's first Motion for Extension of Time ("Motion to Extend Time") (Doc. 15) to May 30, 2023. Debtor's Motion to Extend Time did not provide any explanation of why Debtor was not able to file the required schedules and plan by the May 15, 2023 deadline. On May 30, 2023, Debtor filed a second Motion to Extend the May 30,

2023 deadline ("2nd Motion to Extend") (Doc. 21); the 2nd Motion to Extend indicated that Debtor still needs to review and sign the schedules and requested three days after reinstatement to do so.

4. Debtor has not tendered any funds to the Trustee as of this date.

5. Debtor's actions in this case do not warrant reinstatement. First, despite the Court's notice on May 2, 2023 (Doc. 7) that the credit counseling certificate was entered in the wrong case, Debtor (or his counsel) failed to immediately correct that error. Debtor's Motion states, "Debtor's Counsel believed he already met the deadline to file the Certificate of Credit Counseling when the case originally filed and did not realize the Certificate filed was an incorrect certificate and needed to be corrected and refiled." (Doc. 20, ¶6). The Court's Notice (Doc. 7) specifically identifies the deficient document as the Certificate of Credit Counseling and checks the box marked "Documents entered in wrong case". The delay in noticing this error until after the case had been dismissed is unwarranted.

6. Second, despite the Motion for Reinstatement filed on May 30, 2023, Debtor still has not filed the missing schedules and his Chapter 13 plan. Debtor has not tendered any money to the Trustee, yet has now enjoyed the benefits of the automatic stay for over 30 days. While Debtor's Motion requests a three-day extension of time to file the deficient documents, the Motion indicates that time is still needed to review and execute the missing schedules and Chapter 13 plan, so the three-day extension of time required to file same is subject to additional extension requests should the review unearth necessary revisions before the missing schedules and Chapter 13 plan are ready to be filed. Debtor has provided no meaningful explanation of why he was not

able to file the required documents and his Chapter 13 plan in a timely manner, or what actions he took to timely comply with his filing requirements. The Debtor should provide the Court with testimony as to the steps he has taken to comply with his filing obligations to ensure that he is prosecuting this case in good faith.

WHEREFORE, based on the foregoing, the Trustee requests that this Court enter an order denying reinstatement of this case; and for any other relief the court deems just and proper under the circumstance.

Respectfully Submitted,

Dated:  June 5, 2023

/s/Russell C. Simon
Russell C. Simon, Trustee
24 Bronze Pointe Dr.
Swansea IL 62226
618-277-0086 Telephone
618-234-0124 Facsimile

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified this 5th day of June, 2023, with the correct postage prepaid and deposited in the U.S. Mail in Belleville, IL.

Christopher F. Huff
16 W. Brookhaven
Caseyville, IL 62232

Michael J. Benson
815 Lincoln Highway, Ste 107
Fairview Heights, IL 62208

/s/   Carman