# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

CHRISTOPHER HUFF

vs

RUSSELL SIMON, TRUSTEE

**CASE NO** 23-30294
**CHAPTER:** 13

**DATE**: June 22, 2023
**PLACE**: East St Louis

---

**PRESENT**: Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Michael Benson          Appears

**COUNSEL FOR DEFENDANT**: Russell Simon, Pro Se    Appears

**PROCEEDINGS**: (1) Motion to Reinstate Case with Objection
(2) Motion to Extend Time with Objection

**MINUTES OF COURT:**

Case is called for hearing on the Motion to Reinstate Case filed by debtor Christopher Huff with Objection filed by trustee Russell Simon and Second Motion to Extend Time filed by debtor Christopher Huff with Objection filed by trustee Russell Simon. Pursuant to statements made in open court, the Motions and Objections are resolved. Russell Simon to submit proposed order within 7 days. Failure to submit the order within the time allotted may result in this Court taking any other action deemed appropriate, which may include granting or denying the relief sought.

Dean Lugge
Clerk of Bankruptcy Court

By: /s/Tim Foley
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**