| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Christopher F. Huff** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF ILLINOIS | |
| Case number (if known) | 23-30294 | ☐ Check if this is an amended filing |

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:  List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| 2.1 | **Fcb Banks**<br>Creditor's Name | **Describe the property that secures the claim:**<br>**16 W Brookhaven Caseyville, IL 62232  Saint Clair County**<br>**4 Beds 2.5 Baths 1/2 Acre**<br>**Plus 2 contiguous acres located on flood plain inaccessible due to railroad tracks..** | $128,377.00 | $165,000.00 | $0.00 |

**Pob 809**
**Collinsville, IL 62234**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **First Mortgage**

Date debt was incurred    **Opened 04/12  Last Active 3/21/23**     Last 4 digits of account number  **0412**

Official Form 106D        Schedule D: Creditors Who Have Claims Secured by Property        page 1 of 3

| Debtor 1 | Christopher F. Huff | | Case number (if known) | 23-30294 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### 2.2 Freedom Road Financial
Creditor's Name

**Attn: Bankruptcy
10509 Professional
Circle, Ste 100
Reno, NV 89521**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**   $9,264.00   $7,000.00   $2,264.00

**2022 KTM SX250F
Dirt Bike
Debtor's Estimated Value**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Purchase money security interest**

Date debt was incurred **Opened 03/22  Last Active 3/22/23**   Last 4 digits of account number **4107**

### 2.3 UMB Bank, NA
Creditor's Name

**PO Box 419226
Mailstop 1170207
Kansas City, MO 64141**

Number, Street, City, State & Zip Code

**Who owes the debt?** Check one.
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim relates to a community debt

**Describe the property that secures the claim:**   $191,852.64   $0.00   $191,852.64

**API Swivel Chevker, Renishaw XL 80 Laser, Renishaw XR 20 Rotary Attachment, Renishaw QC 20 Ball Bar, Hamar Laser Square**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ■ Other (including a right to offset)   **Purchase money security interest**

Date debt was incurred _____   Last 4 digits of account number _____

---

Add the dollar value of your entries in Column A on this page. Write that number here:   **$329,493.64**

If this is the last page of your form, add the dollar value totals from all pages. Write that number here:   **$329,493.64**

### Part 2: List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**Spencer Fane LLP
1 North Brentwood Blvd, Ste 1200
Saint Louis, MO 63105**

On which line in Part 1 did you enter the creditor?   **2.3**

Last 4 digits of account number   **0933**

| Debtor 1 | **Christopher F. Huff** | | | Case number (if known) | **23-30294** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

[ ]  Name, Number, Street, City, State & Zip Code
**St Clair County Court**
**c/o Clerk of the Court**
**10 Public Sq**
**Belleville, IL 62220**

On which line in Part 1 did you enter the creditor?  **2.3**

Last 4 digits of account number  **0933**

---

Official Form 106D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 3