# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

IN RE:

Christopher F. Huff

       Debtor(s)

In Proceedings
Under Chapter 13

BK 23−30294−lkg

SSN/Individual Taxpayer ID Number (ITIN):

xxx−xx−7305

# ORDER

    This matter is before the Court on the objection of the trustee to claim #5−1, filed by FreedomRoad Financial. The creditor has withdrawn the claim / filed an amended claim. Accordingly, **IT IS ORDERED** that the objection to claim #5−1 is **OVERRULED** as moot.

    Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: July 18, 2023                                /s/ Laura K. Grandy
                                                                 UNITED STATES BANKRUPTCY JUDGE