THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:<br><br>Christopher F Huff<br><br>Debtor(s). | In Proceedings<br>Under Chapter 13<br><br>Bk. No.: 23-30294 |

### TRUSTEE'S MOTION TO DISMISS

COMES NOW, RUSSELL C. SIMON, Chapter 13 Trustee, and in support of his Motion states as follows:

1. The instant case was filed on May 1, 2023.

2. On May 24, 2023, the Court entered an Order of Dismissal for failure to submit required documents to the voluntary petition and having failed to submit the Certificate of Credit Counseling Course.

3. Debtor filed a Motion to Reinstate the case on May 30, 2023.

4. On June 28, 2023, an Agreed Order Resolving Debtor's Motion to Reinstate was entered and the case was reinstated. The Agreed Order states if Debtor failed to be ready to proceed with the 341 meeting when it is called or should the Trustee be unable to conduct the meeting of creditors on the reset date for any reason within the control of Debtor or his counsel, this case shall be automatically dismissed without further notice or hearing and shall not be subject to further reinstatement.

5. The Debtor's 341 Meeting of Creditors was adjourned to September 12, 2023 at 1:30 pm.

6. At the reset 341 Meeting of Creditors, the Debtor failed to provide the required 2022 State tax returns to the Trustee prior to the reset 341 Meeting of Creditors, therefore same could not be conducted.

Wherefore, the Trustee prays for an Order dismissing the instant case with no leave for reinstatement, and for all other relief this Court deems just and equitable.

                                                Respectfully submitted,

                                                /s/Russell C. Simon
                                                RUSSELL C. SIMON, Trustee
                                                Chapter 13 Trustee
                                                24 Bronze Pointe
                                                Swansea, IL 62226
                                                Telephone: (618) 277-0086
                                                Telecopier: (618) 234-0124

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was mailed to the following interested parties who have not been electronically notified this 18th day of September, 2023, with the correct postage prepaid and deposited in the U.S. Mail.

                                                /s/Lisa

Christopher F Huff
16 W Brookhaven
Caseyville, IL 62232

Michael J Benson
815 Lincoln Highway Ste 107
Fairview Heights, IL 62208