IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RUSSELL SIMON, TRUSTEE

vs

CHRISTOPHER HUFF

**CASE NO** 23-30294
**CHAPTER:** 13

**DATE**: October 12, 2023
**PLACE**: East St Louis

**PRESENT**: Honorable William V. Altenberger, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF**: Russell Simon, Pro Se          Appears

**COUNSEL FOR DEFENDANT**: Michael Benson          Appears

**PROCEEDINGS:**  (1) Motion to Dismiss Case
(2) Motion to Dismiss Case
(3) Motion to Dismiss Case

**MINUTES OF COURT:**

Case is called for hearing on the Motions to Dismiss Case filed by trustee Russell Simon. Pursuant to statements made in open court, the Motion to Dismiss Case filed on August 29, 2023 is Granted and the case is dismissed. The Motion to Dismiss Case filed on September 18, 2023 and the Motion to Dismiss Case filed on September 25, 2023 are moot.

Dean Lugge
Clerk of Bankruptcy Court

By: /s/Tim Foley
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**